UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-394 JCG | Date | October 31, 2014 |
|---|---|---|---|
| Title | *Aldie Darnell Henry v. County of Los Angeles, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT FOR FAILURE TO TIMELY FULFILL ITS SETTLEMENT AGREEMENT OBLIGATIONS**

The Court is contemplating the imposition of sanctions against the Los Angeles County Sheriff's Department (the "Sheriff's Department") for its failure to timely fulfill its obligations under this action's conditional settlement agreement. Specifically, the Court is considering ordering the Sheriff's Department to pay Plaintiff $10,000 for the undue burden imposed by the Sheriff's Department's failure to timely approve a Corrective Action Plan.

By way of background, on April 9, 2014, the Court was advised that the parties reached a conditional settlement of this action, subject to approval by the Los Angeles County Board of Supervisors. [Dkt. No. 40.] As part of that settlement, it was agreed that the Sheriff Department would approve and implement a Corrective Action Plan (the "Plan").

However, as of this date – nearly seven months later – that Plan has not been approved. This delay has caused substantial inconvenience to both Plaintiff and the Court.

Accordingly, the Court **ORDERS** the Sheriff's Department to show cause, no later than **November 21, 2014**, why it should not be sanctioned for its failure to approve the Plan. In its showing, the Sheriff's Department shall outline all efforts taken thus far to ensure the timely execution of its obligation. Absent a demonstration of best efforts, the Court will impose sanctions.

The Sheriff Department's approval of the Plan before November 21, 2014 shall vacate this order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-394 JCG | Date | October 31, 2014 |
|---|---|---|---|
| Title | *Aldie Darnell Henry v. County of Los Angeles, et al.* | | |

*It is so ordered.*

cc:   Parties of Record

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | kh | |