JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALDIE DARNELL HENRY,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT, DEPUTY JOSE ARIAS, DEPUTY JUAN RODRIGUEZ, SERGEANT BENJAMIN TORRES and DOES 1 to 100,<br><br>    Defendants. | CASE NO. CV13-0394 JCG<br><br>[Assigned to Magistrate Judge Hon. Jay C. Gandhi – Courtroom 827-A<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br><br>Trial Date:    VACATED |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

After full consideration of the parties' stipulation regarding dismissal with prejudice of the entire action, the Court orders that the above-captioned action, in its

/ / /

/ / /

/ / /

/ / /

/ / /

entirety, be dismissed with prejudice, pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(2).

**IT IS SO ORDERED.**

DATED: March 25, 2016

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES DISTRICT JUDGE